

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 1, 2023**

_____
**United States Bankruptcy Judge**

_____

In the United States Bankruptcy Court
For the Northern District of Texas
DALLAS DIVISION

In Re:                                                                                          Case No. 22-32036-SWE-13
COURTNEY LYDELL HALL
        Debtor

---

**Order Dismissing Chapter 13 Case Pursuant to General Order 2021-05**
**Without Prejudice**

---

On representation of the Standing Chapter 13 Trustee as evidenced by the signature below, that the Debtor failed to timely pay the Trustee one or more pre-Confirmation payments specified in the Debtor's Plan and that 17 days written notice of such failure was given to Debtor and Attorney for Debtor, if any, prior to submission.

**IT IS THEREFORE, FURTHER ORDERED** that this case is hereby **DISMISSED** pursuant to General Order 2021-05 and that all debts due and owing creditors as of this date are NOT DISCHARGED or affected in any manner by this order.

Order Dismissing Chapter 13 Case Pursuant to General Order 2021-05, Page 2
22-32036-SWE-13
COURTNEY LYDELL HALL

### End of Order ###

Approved:   /s/ Thomas D. Powers
           _____
           Thomas D. Powers, Trustee
           State Bar # 16218700
           Office of the Standing Chapter 13 Trustee
           105 Decker Ct
           Suite 1150 11th Floor
           Irving, TX  75062
           (214) 855-9200 / (214) 965-0757  (Fax)